NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7056

RICHARD A. DANIELS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-1317, Judge William A. Moorman.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The court treats Richard A. Daniels' untimely brief as a motion for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The Secretary of Veterans Affairs should calculate the due date for his brief from the date of filing of this order.

**MAY -1 2009**
_____
Date

cc: Richard A. Daniels
    Kent Kiffner, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK